**Electronically Filed
Supreme Court
SCWC-20-0000430
24-OCT-2022
10:50 AM
Dkt. 10 ODAC**

SCWC-20-0000430

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF THE CONSERVATORSHIP AND GUARDIANSHIP OF
SHEENA MAY WINNIE, also known as Sheena M. Winnie,
also known as Sheena Winnie,
Petitioner/Protected Person-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000430; C.G. NO. 1CG191000045)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Protected Person-Appellant Sheena M.

Winnie's Application for Writ of Certiorari, filed on

September 5, 2022, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 24, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd. W. Eddins

